

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00182-CV

Crystal **SMITH**,
Appellant

v.

Joseph **HICKMAN**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19228
Honorable Solomon Casseb III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the final divorce decree is REVERSED with the exception of the provision granting the divorce and dissolving the marriage, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant Crystal Smith recover her costs of the appeal from appellee Joseph Hickman.

SIGNED March 25, 2020.

Irene Rios, Justice